IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>BRANDON KEITH KERN,<br><br>          Defendant. | 4:21CR3039<br><br>ORDER |

IT IS ORDERED:

1) Defendant's motion to review detention, (Filing No. 15), is granted.

2) Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing except as follows:

   The defendant shall be released to reside at Saint Francis in Grand Island and participate in that facility's substance abuse treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the Saint Francis facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, Defendant shall promptly report to the supervising officer or to any law enforcement officer. In addition, irrespective of whether Defendant self-reports upon discharge or leaving the facility, the United States Marshal, and/or any law enforcement officer is hereby authorized and ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3) The defendant shall be released no later than 9:00 a.m. on July 5, 2022 to arrive at Saint Francis in Grand Island by 11:00 a.m. on July 5, 2022. Defense counsel shall communicate with the Marshal to arrange for Defendant's release to Willeta Hamar for transport to Saint Francis.

June 22, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge